UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Krystal Robie

v. Case No. 26-cv-514-LM-TSM

Paul Micali et al.

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated August 24, 2026. "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Rivera-Aponte v. Gomez Bus Line, Inc., 62 F.4th 1, 10 (1st Cir. 2023) (quoting Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)); see also Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016) ("[P]arties who fail to file objections to a magistrate judge's report and recommendation lose their right to appellate review.").

Plaintiff Robie fails to state a federal claim upon which relief can be granted. Robie's state law negligence claims against defendants are dismissed without prejudice to her ability to refile those negligence claims in state court. The action is dismissed. The clerk shall enter judgment and close the case.

SO ORDERED.

Landya McCafferty
United States District Judge

Date: October 2, 2026
cc: Krystal Robie, pro se